# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
Vs.

__MARCUS BERRY__
DOB:09/22/1995

JUDGMENT IN A CRIMINAL CASE
(Incarceration)

Case No. __2012 CF3 002674__
PDID No. __649057__
DCDC No.

THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:

| Count | Court Finding | Charge |
|---|---|---|
| 1 | Found Guilty - Plea | Poss Firearm During Crime of Violence(Gun) |
| 2 | Found Guilty - Plea | Aggravated Assault Knowingly |

## SENTENCE OF THE COURT

**Count 1 Poss Firearm During Crime of Violence(Gun)** Sentenced to 5 year(s) incarceration, 3 year(s) supervised release., $100.00 VVCA, VVCA Due Date 02/25/2018

**Count 2 Aggravated Assault Knowingly** Sentenced to 30 month(s) incarceration, 3 year(s) supervised release, $100.00 VVCA, VVCA Due Date 02/25/2018

Jail Sentence is Consecutive for Charge 1 and Charge 2

The defendant is hereby committed to the custody of the Attorney General to be incarcerated for a total term of __90 Months__. MANDATORY MINIMUM term of __60 Months__ applies.
Upon release from incarceration, the Defendant shall be on supervised release for a term of: __3 Years__
The Court makes the following recommendations to the Bureau of Prisons/Department of Corrections:

Total costs in the aggregate amount of $ __200.00__ have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have ☑ have not been paid.  ☐ Appeal rights given  ☐ Gun Offender Registry Order Issued
☐ Advised of right to file a Motion to Suspend Child Support Order    ☐ Sex Offender Registration Notice Given
☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition
☐ Restitution is part of the sentence and judgment pursuant to D.C. Code § 16-711.  ☐ Voluntary Surrender

__2/25/2016__
Date

_ROBERT I RICHTER_
Judge

Certification by Clerk pursuant to Criminal Rule 32(d)

__2/25/2016__
Date

Walter Claros
Deputy Clerk

Received by DUSM: __J. Lewis__   Badge#: __5672__   Signature: _____   Date: __2-25-16__   Time: __1401__
Printed Name

**GOVERNMENT EXHIBIT A**

CDJC_Jail.doc